# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD VENTO, LANA VENTO,
GAIL C. VENTO, NICOLE M.
MOLLISON and RENEE S. VENTO,**

    **Plaintiffs,**

**v.**                                           Case No: 6:14-cv-2024-Orl-31DAB

**DUANE CRITHFIELD, et al.,**

    **Defendants.**

## ORDER

On January 12, 2015, Magistrate Judge Baker issued a Report and Recommendation (Doc. 18), recommending that Plaintiffs' Motion for Judgment (Doc. 9) be denied, without prejudice to renewal, "upon a more detailed explanation as to precisely what relief is being sought, the status of all related matters, and a showing that the Court has subject matter jurisdiction over this matter and personal jurisdiction of all parties."

On January 26, 2015, Plaintiffs filed an objection to the Report and Recommendation (Doc. 19), and the following day, they filed a Motion to Supplement their original application for confirmation of arbitration award (Doc. 20). An objection to that motion has been filed by Defendant Crithfield (Doc. 28). In addition, proof of service entries have been made on the docket since the entry of Judge Baker's Report and Recommendation. Upon consideration of the above, it is

**ORDERED** the Report and Recommendation is CONFIRMED and ADOPTED and made a part of this Order. Plaintiffs' objection to the Report and Recommendation is overruled, and

Plaintiffs' Motion for Judgment (Doc. 9) is DENIED, without prejudice.   The Motion to

Supplement (Doc. 20) is referred to Magistrate Judge Baker for disposition.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on March 9, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party