# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD VENTO, LANA VENTO,**
**GAIL C. VENTO, NICOLE M.**
**MOLLISON and RENEE S. VENTO,**

    **Plaintiffs,**

v.                                      Case No:   6:14-cv-2024-Orl-31DAB

**DUANE CRITHFIELD, KEITHLEY**
**LAKE, ALLIANCE HOLDING CO., LTD,**
**et al,**

    **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation of Judge Baker (Doc. 32) and Plaintiffs' objections thereto (Doc. 35).   Upon *de novo* review pursuant to Fed.R.Civ.P. 72(b)(3), the Court finds that Judge Baker's analysis is legally correct.   It is, therefore

    **ORDERED** that:

1. Plaintiffs' objections are OVERRULED;

2. The Report and Recommendation is CONFIRMED and ADOPTED and made a part of this Order; and

3. This action is DISMISSED, and the Clerk is directed to close the case.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 27, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party